NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORTHPEAK WIRELESS, LLC,**
*Plaintiff-Appellant*

v.

**3COM CORPORATION, HEWLETT-PACKARD COMPANY, D-LINK SYSTEMS, INC., FUJITSU AMERICA, INC., GATEWAY, INC., ACER AMERICA CORPORATION, ASUS COMPUTER INTERNATIONAL CORPORATION, BELKIN INTERNATIONAL, INC., U.S. ROBOTICS CORPORATION, BUFFALO TECHNOLOGY (USA), INC., BUFFALO AMERICAS, INC., DELL, INC., SONICWALL, INC., NETGEAR, INC., SMC NETWORKS, INC., SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENTAMERICA LLC, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TRENDNET SYSTEMS, INC., TRENDWARE INTERNATIONAL, INC., ZONET USA CORPORATION, VIEWSONIC CORPORATION, ZYXEL COMMUNICATIONS, INC.,**
*Defendants-Appellees*

**INTEL CORPORATION,**
*Defendant-Appellee*

---

2016-1477, -1481

---

Appeals from the United States District Court for the Northern District of California in Nos. 3:09-cv-00602-SI and 3:15-cv-05273-SI, Judge Susan Y. Illston.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Fujitsu America, Inc.'s unopposed motion to modify the caption to remove Fujitsu Computer Systems Corporation,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24