2016–1477 & 2016–1481

_____

# United States Court of Appeals for the Federal Circuit

_____

NorthPeak Wireless LLC,

*Plaintiff–Appellant*,

v.

3Com Corporation, Hewlett-Packard Company, D-Link Systems, Inc., Fujitsu America, Inc., Gateway, Inc., Acer America Corporation, ASUS Computer International Corporation, Belkin International, Inc., U.S. Robotics Corporation, Buffalo Technology (USA), Inc., Buffalo Americas, Inc., Dell Inc., SonicWALL, Inc., NETGEAR, Inc., SMC Networks, Inc., Sony Electronics, Inc., Sony Computer Entertainment America LLC, Toshiba America Information Systems, Inc., TRENDnet Systems, Inc., Trendware International, Inc., Zonet USA Corporation, ViewSonic Corporation, and ZyXEL Communications, Inc.,

*Defendants–Appellees*,

Intel Corporation,

*Intervenor–Appellee*

_____

Appeal from the United States District Court for the Northern District of California in Case Nos. 3:09-cv-00602-SI and 3:15-cv-05273-SI, Judge Susan Y. Illston

_____

## Appellees' Unopposed Motion for a 45-Day Extension of Time (Until June 10, 2016) to File Their Response Brief

_____

Chad S. Campbell
Dan L. Bagatell
Aaron H. Matz
Tyler R. Bowen
Perkins Coie LLP
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012–2788
Phone: (602) 351–8000
E-mail: CSCampbell@perkinscoie.com
    Attorneys for Intel Corporation

Nancy Cheng
Perkins Coie LLP
3150 Porter Drive
Palo Alto, California 94304–1212
Phone : (650) 838–4325
E-mail: NCheng@perkinscoie.com
    Attorneys for Intel Corporation

David J. Levy
Thomas R. Davis
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
Phone: (713) 890–5000
E-mail: dlevy@morganlewis.com
  Attorneys for 3Com Corporation and
  HP Inc.

Rudolph Kim
Daniel C. Hubin
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Phone: (650) 813–5600
E-mail:rudykim@mofo.com
  Attorneys for Fujitsu America, Inc.

Alfredo S. Bismonte
Jeremy Duggan
BECK, BISMONTE & FINLEY, LLP
150 Almaden Boulevard, 10th Floor
San Jose, California 95113
Phone: (408) 938–7900
E-mail: abismonte@beckllp.com
  Attorneys for ASUS Computer
  International

David S. Bloch
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Phone: (415) 591–7900
E-mail: dbloch@winston.com
  Attorneys for U.S. Robotics
  Corporation

Duncan Palmatier
Christine H. Yang
Victoria D. Hao
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suite 101–120
Fountain Valley, California 92708
Phone: (714) 641–4022
E-mail: dpalm@palmlaw.com
  Attorneys for D-Link Systems, Inc. and
  ZyXEL Communications, Inc.

Michael C. Ting
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood City, California 94065
Phone: (650) 517-5256
E-mail: mting@tklg-llp.com
  Attorney for Gateway, Inc. and
  Acer America Corporation

Ryan K. Yagura
John Kevin Murray
Vision Winter
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1779
Los Angeles, California 90071
Phone: (213) 430–6179
E-mail: ryagura@omm.com
  Attorneys for Belkin International, Inc.

David P. Enzminger
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, California 90071
Phone: (213) 615-1780
E-mail: denzminger@winston.com
  Attorneys for U.S. Robotics
  Corporation

Russell W. Faegenburg
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK LLP
600 South Avenue West
Westfield, New Jersey 07090
Phone: (908) 654–5000
E-mail: rfaegenburg@lernerdavid.com
    Attorneys for Buffalo Technology
    (USA) Inc. and Buffalo Americas,
    Inc.

Ryan R. Smith
WILSON, SONSINI, GOODRICH &
ROSATI, PC
650 Page Mill Road
Palo Alto, California 94304
Phone: (650) 493–9300
E-mail: rsmith@wsgr.com
    Attorney for NETGEAR, Inc.

John D. Haynes
Nicholas Tang Tsui
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881–7000
E-mail: john.haynes@alston.com
    Attorneys for Dell Inc. and
    SonicWALL, Inc.

Brady Cox
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Phone: (214) 922–3443
E-mail: brady.cox@alston.com
    Attorneys for Dell Inc. and
    SonicWALL, Inc.

Ryan W. Koppelman
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, California 94303
Phone: (650) 838–2000
E-mail: ryan.koppelman@alston.com
    Attorneys for Dell Inc. and
    SonicWALL, Inc.

Richard C. Vasquez
Eric W. Benisek
Jeffrey T. Lindgren
Robert McArthur
Stephen C. Steinberg
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Boulevard, Suite 300
Lafayette, California 94549
Phone: (925) 627–4250
E-mail: rvasquez@vbllaw.com
    Attorneys for SMC Networks, Inc.

William B. Dyer, III
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
303 Peachtree Street, N.E., Suite 3500
Atlanta, Georgia 30308
Phone: (404) 653–6470
E-mail: bill.dyer@finnegan.com

    Attorneys for Sony Electronics, Inc.
    and Sony Computer Entertainment
    America LLC


Jen-Feng Lee
LT PACIFIC LAW GROUP LLP
17800 Castleton Street
City of Industry, California 91748
Phone: (626) 810–7200
E-mail: jflee@ltpacificlaw.com

    Attorneys for TRENDnet Systems,
    Inc., Trendware International, Inc.,
    and Zonet USA Corporation

John J. Feldhaus
Pavan Kumar Agarwal
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007
Phone: (202) 672–5403
E-mail: jfeldhaus@foley.com

    Attorneys for Toshiba America
    Information Systems, Inc.


Dana M. Herberholz
John N. Zarian
PARSONS BEHLE & LATIMER
800 West Main Street, Suite 1300
Boise, Idaho 83702
Phone: (208) 562–4900
E-mail: dherberholz@parsonsbehle.com

Attorneys for ViewSonic Corporation

Pursuant to Federal Circuit Rule 26(b), Appellees Intel Corporation, 3Com Corporation, Hewlett-Packard Company, D-Link Systems, Inc., Fujitsu America, Inc., Gateway, Inc., Acer America Corporation, ASUS Computer International, Belkin International, Inc., U.S. Robotics Corporation, Buffalo Technology (USA), Inc., Buffalo Americas, Inc., Dell Inc., SonicWALL, Inc., NETGEAR, Inc., SMC Networks, Inc., Sony Electronics, Inc., Sony Computer Entertainment America LLC, Toshiba America Information Systems, Inc., TRENDnet Systems, Inc., Trendware International, Inc., Zonet USA Corporation, ViewSonic Corporation, and ZyXEL Communications, Inc. move for a 45-day extension of time in which to file their response brief.  Appellant NorthPeak Wireless LLC does not oppose this motion, and no opposition will be filed.

As explained in the accompanying declaration, Appellees seek this extension for good cause, as they require additional time to coordinate and prepare their response brief given the number of parties and counsel involved in the appeal.  In accordance with Federal Circuit Rule 26(b), Appellees further state:

1. Appellees seek to extend the due date for their response brief, currently set at April 26, 2016.

2. Appellees seek to extend the deadline until June 10, 2016.

3. Appellees are seeking a 45-day extension.

4.  Appellees have not previously sought or been granted an extension in this case.

Dated:  April 8, 2016                    Respectfully submitted,

PERKINS COIE LLP

By  /s/ Chad S. Campbell
        Chad S. Campbell
Attorneys for Intel Corporation

MORGAN LEWIS & BOCKIUS, LLP

By  /s/ David J. Levy
        David J. Levy
Attorneys for 3Com Corporation and HP Inc.

LAW OFFICES OF S.J. CHRISTINE YANG

By  /s/ Duncan Palmatier
        Duncan Palmatier
Attorneys for D-Link Systems, Inc. and
ZyXEL Communications, Inc.

MORRISON & FOERSTER LLP

By  /s/ Rudy Y. Kim
        Rudy Y. Kim
Attorneys for Fujitsu America, Inc.

TECHKNOWLEDGE LAW GROUP LLP

By   /s/ Michael C. Ting
       Michael C. Ting

Attorneys for Gateway, Inc. and Acer
America Corporation

BECK, BISMONTE & FINLEY, LLP

By   /s/ Alfredo A. Bismonte
       Alfred A. Bismonte

Attorneys for ASUS Computer International

O'MELVENY & MYERS LLP

By   /s/ Ryan K. Yagura
       Ryan K. Yagura

Attorneys for Belkin International, Inc.

WINSTON & STRAWN LLP

By   /s/ David S. Bloch
       David S. Bloch

Attorneys for U.S. Robotics Corporation

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP

By   /s/ Russell W. Faegenburg
       Russell W. Faegenburg

Attorneys for Buffalo Technology (USA)
Inc. and Buffalo Americas Inc.

ALSTON & BIRD LLP

By  /s/ Brady Cox
     Brady Cox

Attorneys for Dell Inc. and SonicWALL, Inc.


WILSON, SONSINI, GOODRICH &
ROSATI, PC

By  /s/ Ryan R. Smith
     Ryan R. Smith

Attorneys for NETGEAR, Inc.


VASQUEZ BENISCK & LINDGREN LLP

By  /s/ Richard C. Vasquez
     Richard C. Vasquez

Attorneys for SMC Networks, Inc.


FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By  /s/ William B. Dyer, III
     William B. Dyer, III

Attorneys for Sony Electronics, Inc. and
Sony Computer Entertainment America LLC


FOLEY & LARDNER, LLP

By  /s/ John J. Feldhaus
     John J. Feldhaus

Attorneys for Toshiba America Information
Systems, Inc.

LT Pacific Law Group LLP

By  /s/ Jen-Feng Lee
     Jen-Feng Lee

Attorneys for TRENDnet Systems, Inc.,
Trendware International, Inc., and Zonet
USA Corporation

Parsons Behle & Latimer

By  /s/ Dana M. Herberholz
     Dana M. Herberholz

Attorneys for ViewSonic Corporation

## CERTIFICATES OF INTEREST

Counsel for appellee Intel Corporation certifies the following:

The full name of every party represented by me is:

Intel Corporation

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

n/a

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

### PERKINS COIE LLP

| | | |
|---|---|---|
| Dan L. Bagatell | Tyler R. Bowen | Chad S. Campbell |
| Nancy Chen | Timothy J. Franks | Aaron H. Matz |

Dated:  April 8, 2016                    /s/ Chad S. Campbell
                                              Chad S. Campbell

– 6 –

Counsel for appellee HP Inc. (formerly known as Hewlett-Packard Company) certifies the following:

The full name of every party represented by me is:

> HP Inc. (formerly known as Hewlett-Packard Company)
> (3Com merged with and into Hewlett Packard Company,
> effective April 29, 2010)

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

> HP Inc. (formerly known as Hewlett-Packard Company);
> Hewlett Packard Enterprise Company

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

> On October 31, 2015, Hewlett-Packard Company changed its name to HP Inc.
> HP Inc. has no parent corporation.  No publicly held company owns 10%
> or more of HP Inc.'s stock.  Hewlett Packard Enterprise Company
> has no parent corporation.  No publicly held company owns 10%
> or more of Hewlett Packard Enterprise Company's stock

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

### MORGAN LEWIS & BOCKIUS, LLP

| | | |
|---|---|---|
| David J. Levy | Rick L. Rambo | C. Erik Hawes |
| Thomas R. Davis | Michael J. Lyons | I. Clay Rogers |
| Jason F. Muriby | Ahren C. Hsu-Hoffman | |

Dated:  April 8, 2016                     /s/ David J. Levy
                                             David J. Levy

Counsel for appellee D-Link Systems, Inc. certifies the following:

The full name of every party represented by me is:

D-Link Systems, Inc.

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

D-Link Systems, Inc.

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

D-Link Corporation, which is a publicly held corporation
headquartered and organized under the laws of the Republic of China,
is the parent company of D-Link Systems, Inc. and owns more
than 10% of the stock of D-Link Systems, Inc.

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

LAW OFFICES OF S.J. CHRISTINE YANG

Christine Yang          Victoria Hao          Duncan Palmatier

Dated:  April 8, 2016          /s/ Duncan Palmatier
                               Duncan Palmatier

Counsel for appellee Fujitsu America Inc. certifies the following:

The full name of every party represented by me is:

Fujitsu America Inc.

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

Not applicable

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

Fujitsu America, Inc. is a wholly-owned subsidiary of Fujitsu North America Holdings, Inc., which in turn is a wholly-owned subsidiary of Fujitsu Limited. Fujitsu Limited has no parent corporation. Fuji Electric Co., Ltd., a publicly held corporation, owns or controls 10% or more of Fujitsu Limited's stock.

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

MORRISON & FOERSTER LLP

| Rudy Y. Kim | Karl J. Kramer | Christopher F. Jeu |
|---|---|---|
| Daniel C. Hubin | | |

HAND ARENDALL, LLC

Leanna B. Pittard

Dated:  April 8, 2016                    /s/ Rudy Y. Kim
                                                     Rudy Y. Kim

Counsel for appellees Acer America Corporation and Gateway, Inc. certifies the following:

The full names of every party represented by me are:

Acer America Corporation and Gateway, Inc.

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

None

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

Gateway, Inc. owns more than 10% of Acer America Corporation's stock. Acer American Holdings Corporation owns 100% of the shares of Gateway, Inc. Boardwalk Capital Holdings Corp. owns 100% of the shares of Acer American Holdings Corp. Acer Inc. owns 100% of the shares of Boardwalk Capital Holdings Limited. Acer Inc. is a Taiwan publicly held company.

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

### TECHKNOWLEDGE LAW GROUP LLP

| Kaiwen Tseng | James H. Lin | Michael C. Ting |
| Ken K. Fung | Jerry Chen | |

### ORRICK HERRINGTON & SUTCLIFF

| Michael C. Spillner | Thomas Zellerbach |

### LIGHTFOOT, FRANKLING & WHITE L.L.C.

| Harlan I. Prater, IV | Ivan B. Cooper | C. Meade Harfield |

Dated:  April 8, 2016

/s/ Michael Chaocha Ting
Michael Chaocha Ting

Counsel for appellee ASUS Computer International certifies the following:

The full name of every party represented by me is:

ASUS Computer International

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

ASUS Computer International.

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

ASUSTek Computer, Inc.

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

BECK, BISMONTE & FINLEY, LLP

Alfredo A. Bismonte          Jeremy M. Duggan

Dated:  April 8, 2016               /s/ Alfredo A. Bismonte

                                             Alfredo A. Bismonte

Counsel for appellee Belkin International, Inc. certifies the following:

The full name of every party represented by me is:

Belkin International, Inc.

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

Not applicable

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

Not applicable

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| Ryan K. Yagura | Vision L. Winter | J. Kevin Murray |
| Andrea L. LaFountain | David P. Enzminger | Edgar H. Martinez |
| Kristopher M. Dawes | Nicholas J. Whilt | |

Dated: April 8, 2016        /s/ Ryan K. Yagura

Ryan K. Yagura

Counsel for appellee U.S. Robotics Corporation certifies the following:

The full name of every party represented by me is:

U.S. Robotics Corporation

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

U.S. Robotics Corporation

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

UNICOM Systems, Inc.

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

WINSTON & STRAWN LLP

| | | |
|---|---|---|
| James Lin | David S. Bloch | David P. Enzminger |
| Robert Gookin* | Daniel Whang* | |

* No longer with Winston & Strawn LLP

MAYNARD COOPER & GALE PC

M. Lee Huffaker

Dated:  April 8, 2016                    /s/ David S. Bloch
                                                    David S. Bloch

Counsel for appellee Buffalo Americas, Inc. certifies the following:

The full name of every party represented by me is:

Buffalo Americas, Inc. (formerly known as
Buffalo Technology (USA), Inc.)

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

None

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

Buffalo Americas, Inc. is a wholly-owned subsidiary of Buffalo, Inc.,
which is a wholly-owned subsidiary of Melco Holdings Inc. Melco
Holdings Inc. is not publicly traded in the United States

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

### Lerner, David, Littenberg, Krumholz & Mentlik, LLP

Russell W. Faegenburg          Andrew T. Zidel

### Commins & Knudsen

David Commins          Kit Knudsen

Dated:  April 8, 2016          /s/ Russell W. Faegenburg
                                                 Russell W. Faegenburg

– 14 –

Counsel for appellees Dell Inc. and SonicWALL, Inc. certifies the following:

The full names of every party represented by me are:

Dell Inc. and SonicWALL, Inc.

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

N/A

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

Dell Inc. is privately held. Denali Holding Inc. is its parent company, and no publicly held corporation holds 10% or more of Denali Holding, Inc.'s stock.  SonicWALL, Inc. is a wholly owned subsidiary of Dell Inc.

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

### ALSTON & BIRD LLP

| John D. Haynes | Patrick J. Flinn | Byron Holz* |
| Nicholas T. Tsui | Stacey G. White* | Brady Cox |
| Ryan W. Koppelman | Steven D. Hemminger* | Sean P. DeBruine* |

* No longer with Alston & Bird LLP

### MORRISON & FOERSTER LLP

| Karl J. Kramer | Michael A. Jacobs |

Dated:  April 8, 2016          /s/ Brady Cox

                            Brady Cox

Counsel for appellee NETGEAR, Inc. certifies the following:

The full name of every party represented by me is:

NETGEAR, Inc.

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

None

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

None

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

WILSON, SONSINI, GOODRICH & ROSATI, PC

Ryan R. Smith

Dated:  April 8, 2016                     /s/ Ryan R. Smith
                                                  Ryan R. Smith

Counsel for appellee SMC Networks, Inc. certifies the following:

The full name of every party represented by me is:

SMC Networks, Inc.

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

NA

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

SMC Networks, Inc. is wholly-owned by Accton Technology Corporation in Taiwan

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

VASQUEZ BENISEK & LINDGREN LLP

| Richard C. Vasquez | Jeffrey T. Lindgren | Eric W. Benisek |
| Robert McArthur | Stephen C. Steinberg | |

Dated:  April 8, 2016                         /s/ Richard C. Vasquez

                                        Richard C. Vasquez

Counsel for appellees Sony Electronics, Inc. and Sony Computer Entertainment America LLC certifies the following:

The full names of every party represented by me are:

Sony Electronics, Inc. and Sony Computer Entertainment America LLC

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

N/A

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

Sony Electronics, Inc., is a wholly-owned subsidiary of Sony Corporation of America, which is a wholly-owned indirect subsidiary of Sony Corporation, which is a Japanese Corporation whose common stock trades principally on the Tokyo Stock Exchange and whose American Depository Receipts related to its common stock are traded on the New York Stock Exchange.

Sony Computer Entertainment America LLC , is a wholly-owned subsidiary of Sony Computer Entertainment Inc., which is also a wholly-owned subsidiary of Sony Corporation.

Sony Electronics, Inc. and Sony Computer Entertainment America LLC have no additional corporate or other parents, subsidiaries, affiliates, securities or other interests which are publicly held or traded on an American stock exchange.

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

| | | |
|---|---|---|
| Douglas B. Henderson | Roger D. Taylor | William B. Dyer, III |
| Anita Bhushan | Kara A. Specht | Scott R. Mosko |

Dated:  April 8, 2016                    /s/ William B. Dyer, III
                                                        William B. Dyer, III

Counsel for appellee Toshiba America Information Systems, Inc. certifies the following:

The full name of every party represented by me is:

Toshiba America Information Systems, Inc.

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

The party in the caption is the real party in interest.

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

Toshiba America Information Systems, Inc. is a wholly owned subsidiary of Toshiba America, Inc., which is a wholly owned subsidiary of Toshiba Corporation, a publicly held company incorporated under the provisions of the Commercial Code of Japan

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

## FOLEY & LARDNER, LLP

| John J. Feldhaus | Pavan K. Agarwal | Justin Sobaje |
| Adrienne Hunacek Miller* | Gautham Bodepudi* | George Best* |
| Michelle Leland* | | |

*Formerly with Foley & Lardner, LLP

## BURR & FORMAN

| Richard J. Davis | Howard P. Walthall, Jr. |

Dated:  April 8, 2016          /s/ John J. Feldhaus
                                                John J. Feldhaus

Counsel for appellees TRENDnet Systems, Inc., Trendware International, Inc. and Zonet USA Corp. certifies the following:

The full names of every party represented by me are:

TRENDnet Systems, Inc., Trendware International, Inc.,
and Zonet USA Corp.

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

Not applicable

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

Not applicable

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

LT PACIFIC LAW GROUP LLP

Kenneth Tanji, Jr.                    Jen-Feng Lee

Dated: April 8, 2016                    /s/ Jen-Feng Lee
                                        Jen-Feng Lee

Counsel for appellee ViewSonic Corporation certifies the following:

The full name of every party represented by me is:

ViewSonic Corporation

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

ViewSonic Corporation

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

ViewSonic Corporation, a Cayman Islands corporation, is the parent company of ViewSonic Corporation

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

PARSONS BEHLE & LATIMER

Dana M. Herberholz            John N. Zarian            Sarah Jelsema*

* No longer with Parsons Behle & Latimer

Dated:  April 8, 2016            /s/ Dana M. Herberholz
                                 Dana M. Herberholz

Counsel for appellee ZyXEL Communications, Inc. certifies the following:

The full name of every party represented by me is:

ZyXEL Communications, Inc.

The names of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

ZyXEL Communications, Inc.

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

ZyXEL Communications Corporation, which is a publicly held corporation headquartered and organized under the laws of the Republic of China, is the parent company of ZyXEL Communications, Inc. and owns more than 10% of the stock of ZyXEL Communications, Inc.

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

LAW OFFICES OF S.J. CHRISTINE YANG

Christine Yang          Victoria Hao          Duncan Palmatier

Dated:  April 8, 2016          /s/ Duncan Palmatier
                               Duncan Palmatier

– 23 –

## DECLARATION OF CHAD S. CAMPBELL

1.      I am principal counsel for Appellee Intel Corporation.  I am working with my colleagues who represent the other appellees in this case to prepare a joint response brief in this appeal.  Over 20 appellees are involved, and more than a dozen different sets of counsel represent those parties.  Given the number of parties and counsel, the appellees require additional time to coordinate and prepare their response brief.

2.      Based on communications with counsel for appellant NorthPeak, I understand that NorthPeak does not oppose this request and will not be filing an opposition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  April 8, 2016

  /s/ Chad S. Campbell
Chad S. Campbell

**CERTIFICATE OF AUTHORITY AND PROOF OF SERVICE**

I certify that I have the authority of counsel for the other appellees to include their electronic signatures on this document.

I certify that I caused this motion to be served via the Federal Circuit's CM/ECF system on counsel of record for all parties to this appeal.

Dated:  April 8, 2016

 /s/ Chad S. Campbell
Chad S. Campbell

20336-1253/130420062.1